JAMES T. LEAVITT, JR.    # 939-0
JOHN D. YAMANE          #2577-0
WOODRUFF K. SOLDNER     #4023-0
735 Bishop Street, Suite 433
Honolulu, Hawaii 96813
Telephone: (808) 521-7474

Attorneys for Plaintiffs

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 10 2006

at ___ o'clock and ___ min ___ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| YVONNE V.K. LAWRENCE, MANUEL LAWRENCE, JUNEY LAWRENCE,<br><br>Plaintiffs,<br><br>vs.<br><br>ALLSTATE INSURANCE COMPANY, an Illinois corporation; JOHN DOES 1-10; DOE CORPORATIONS 1-10; DOE PARTNERSHIPS 1-10; and DOE ENTITIES 1-10,<br><br>Defendants. | CIVIL NO. CV03-00565 DAE/LEK<br>[Declaratory Judgment]<br>[Specific Performance]<br><br>PLAINTIFFS' SCHEDULING CONFERENCE STATEMENT and CERTIFICATE OF SERVICE<br><br>DATE: June 5, 2006<br>TIME:  9:00 a.m.<br>MAGISTRATE: Judge Kobayashi |

**PLAINTIFFS' SCHEDULING CONFERENCE STATEMENT**

COME NOW, Plaintiffs YVONNE LAWRENCE, MICHAEL LAWRENCE and JUNEY LAWRENCE, by and through their attorney, JOHN D. YAMANE, pursuant to Rule 16 of the Federal Rules of Civil Procedure and Local Rule 16.2(b) te Rules of the United States District Court, for the District of Hawaii, hereby submits the following Scheduling Conference Statement:

I.  **Service of Process**

Defendant ALLSTATE INSURANCE COMPANY, an Illinois corporation, has been served.

II. **Jurisdiction and Venue**

Defendant claims diversity pursuant to 28 U.S.C. 1332 on the basis that the amount in controversy exceeds $75,000 and that Plaintiffs are citizens of the State of Hawaii and Defendant Allstate Insurance Company is incorporated in the State of Illinois with its principal place of business in Illinois.

III. **Anticipated Motions**

Plaintiffs have no anticipated motions at the present time.

IV. **Deadlines to Join Parties and Amend Pleadings**

Plaintiffs do not anticipate joining any other party.

V. **Discovery**

Plaintiffs do not anticipate extensive pre-trial discovery.

VI. **Further Proceedings**

Plaintiffs are prepared to meet and set pre-trial and trial dates. A meeting of counsel for the parties was conducted on April 15, 2006.

VII. **Special Procedures**

Plaintiffs do not anticipate any need for special procedures.

VIII. **Modification of Standard Pre-trial Procedures**

Plaintiffs do not anticipate modification of any standard pre-trial procedure.

IX. **Settlement Prospects**

Since the issue herein is insurance coverage, the only way to settle the action, and Plaintiffs would welcome, the Court's valuation and recommendations on that action.

X. **Other Matters**

Not Applicable.

Respectfully submitted.

DATED:    Honolulu, Hawaii, May 10, 2006.

JOHN D. YAMANE
Attorney for Plaintiffs
YVONNE V.K. LAWRENCE
MANUEL LAWRENCE
JUNEY LAWRENCE

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing SCHEDULING CONFERENCE STATEMENT was duly served by hand delivery upon the following party at their last known address as follows:

    TOM PETRUS & MILLER, LLLC
    1164 Bishop Street, Suite 650
    Honolulu, Hawaii 96813

    Attorneys for Defendant
    ALLSTATE INSURANCE COMPANY

DATED: Honolulu, Hawaii, May 10, 2006.

 

_____
JOHN D. YAMANE
Attorney for Plaintiffs
YVONNE V. K. LAWRENCE
MICHAEL LAWRENCE
JUNEY LAWRENCE

4